UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDEL REELE CRANDALL,<br><br>                Plaintiff,<br><br>  v.<br><br>J WILLIAMS ET. AL.,<br><br>                Defendants. | Case No. C18-5341-RBL-TLF<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation; and

(2)     defendant's motion to dismiss is GRANTED, however, plaintiff's claims against defendant Bruce Dammeier are dismissed *without* prejudice.

Dated this 13th day of November, 2018.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1