UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDEL REELE CRANDALL,

                Plaintiff,

    v.

J WILLIAMS,

                Defendant.

CASE NO. C18-5341RBL-TLF

ORDER

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. #31], recommending the DENIAL of Defendant Williams's Motion for Summary Judgment [Dkt. # 22]. Williams Objects to the R&R [Dkt. # 32], arguing that Crandall's claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

1. The Report and Recommendation is **ADOPTED;**

2. For the reasons articulated in the R&R, Defendant Williams's Motion for Summary Judgment is **DENIED**;

3. The Clerk shall send copies of this Order to the Williams's last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 3rd day of March, 2020.

Ronald B. Leighton
United States District Judge